UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FISHMAN,<br><br>    Petitioner,<br><br>v.<br><br>FELICIA PONCE,<br><br>    Respondent. | Case No. CV 17-201 MWF(JC)<br><br>JUDGMENT |

IT IS ADJUDGED that the "Petition of Steven Fishman for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241" is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion"), that the Section 2255 Motion and this action be dismissed without prejudice for lack of jurisdiction, and that petitioner's Demands for Declaratory Judgment also be denied without prejudice for lack of jurisdiction.

DATED: December 20, 2017

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE